*General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 276. E. W. Bliss Co. *v.* United States. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry* and *George E. Hamilton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Erwin N. Griswold,* and *Wm. W. Scott* for the United States.

No. 277. Central Florida Lumber Co. *v.* Gray, Secretary of State. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Martin Sack* for petitioner. No appearance for respondent.

No. 279. Parks & Woolson Machine Co. *v.* United States. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank J. Albus* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 280. Missouri Pacific R. Co. *v.* Remel. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Thomas B. Pryor* and *Edward J. White* for petitioner. *Messrs. Frank Pace* and *Tom W. Campbell* for respondent.